1

2

3                                                                    O

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10    DARRYL BROADNAX,                    )    Case No. CV 06-6802 AN
                                          )
11              Plaintiff,                )    ORDER GRANTING MOTION TO
                                          )    WITHDRAW AS PLAINTIFF'S
12        v.                              )    COUNSEL AND DISMISSING
                                          )    ACTION WITH PREJUDICE
13    MICHAEL J. ASTRUE,                  )    PURSUANT TO RULE 41(b)
      COMMISSIONER OF THE SOCIAL          )
14    SECURITY ADMINISTRATION,            )
                                          )
15              Defendant.                )
                                          )
16    ─────────────────────────────────

17        On May 21, 2007, Marc V. Kalagian, plaintiff's counsel of record, moved to

18    withdraw as counsel for plaintiff Darryl Broadnax.  On May 30, 2007, the Court issued

19    and served an order directing plaintiff to file and serve a response to the Motion no later

20    than June 6, 2007.  [5/30/07 Order (docket item #13).]  The 5/30/07 Order expressly

21    warned Mr. Broadnax that "the action shall be dismissed for failure to prosecute and

22    disobedience with a Court Order if he fails to file and serve a proper response by June 6,

23    2007.  No further notice will be given."  [*Id.*]  Despite this directive and warning, the

24    Court's docket reflects that Mr. Broadnax failed to file and serve a response by the Court-

25    ordered deadline, and that he has done nothing to prosecute his case since Mr. Kalagian

26    filed his pending Motion.

27        By failing to respond to the Motion, Mr. Broadnax is deemed to consent to the

28    granting of the Motion.  See Local Rule 7-12.  Accordingly, the Motion is granted and

                                        Page 1

Broadnax is substituted in to represent himself in *pro se*.

Further, by failing to comply with the 5/30/07 Order, Mr. Broadnax has coterminously disobeyed a court order and failed to prosecute this action.   His disobedience and inaction has interfered with the public's interest in expeditious resolution of litigation, the court's need to manage its docket, and prejudiced the defendant's position. Mr. Broadnax's failure to comply with the 5/30/07 Order also establishes the use of less drastic alternatives would be futile.   The foregoing factors justify a dismissal with prejudice. Fed.R.Civ.P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30, 82 S.Ct. 1386 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002), *cert. denied*, 538 U.S. 909, 123 S.Ct. 1481 (2003)(affirming dismissal of §2254 habeas petition because of petitioner's disobedience with court orders setting filing deadlines and want of prosecution); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir.), *cert. denied*, 516 U.S. 838, 116 S.Ct. 119 (1995) (affirming dismissal of prisoner's civil rights complaint for failure to file opposition to motion to dismiss as required by local rule); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.), *cert. denied*, 506 U.S. 915, 113 S.Ct. 321 (1992) (affirming dismissal of *pro se* litigant's civil rights complaint for failure to comply with district court's order requiring filing of amended pleading).

Therefore, the action is dismissed with prejudice pursuant to Fed.R.Civ.P. Rule 41(b) and Local Rule 41-1.   The clerk shall enter judgment, close the file and terminate any other pending motions.


IT IS SO ORDERED.


DATED: August 1, 2007                    ARTHUR NAKAZATO
                                         _____
                                         ARTHUR NAKAZATO
                                         UNITED STATES MAGISTRATE JUDGE